**SPENCER FANE LLP**
John Randall Jefferies (No. 3512)
Mary E. Bacon (No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile: (702) 408-3401
E-mail: rjefferies@spencerfane.com
mbacon@spencerfane.com

*Attorneys for Use Plaintiff
Wells Cargo, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America for the Use and Benefit of Wells Cargo, Inc. | CASE NO: 2:18-cv-01182-JCM-CWH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR WELLS CARGO, INC. TO FILE A REPLY IN SUPPORT OF ITS COUNTERMOTION FOR SUMMARY JUDGMENT** |
| Alpha Energy and Electric, Inc., a Missouri corporation; and American Contractors Indemnity Company, a California corporation. | |
| Defendants. | **(FIRST REQUEST)** |
| AND OTHER RELATED CLAIMS. | |

The parties, by and through their respective undersigned counsel, stipulated and agree that Plaintiff United States of America for the Use and Benefit of Wells Cargo, Inc. ("Wells Cargo") may have an additional seven (7) days to file a Reply in Support of its Countermotion for Summary Judgment. (Docket No. 45) for the following reasons:

1. Pursuant to this Court's Order, Wells Cargo's Reply in Support of its Countermotion for Summary Judgment is due on January 11, 2019;

2. Plaintiff's counsel is out of the office January 5-January 12, 2019 due to a family emergency;

3. The extension of time agreed to by the parties will not impact any other parties or deadlines in this case.

1  For the foregoing reasons, the parties respectfully requests that the Court grant Wells Cargo

2  a seven (7) day extension to file its Reply in Support of its Motion for Summary Judgment.

3  RESPECTFULLY SUBMITTED this 9th day of January, 2019.

**SPENCER FANE LLP**

/s/ Mary E. Bacon
John Randall Jefferies, Esq. # 3512
Mary E. Bacon, Esq. #12686
*Attorney for Use Plaintiff*
*Wells Cargo, Inc.*

**DOBBERSTEIN LAW GROUP**
Rhonda Long, Esq.
NV Bar#10921

Eric Dobberstein, Esq.
Nevada State Bar No. 3712
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
*Attorneys for Defendants Alpha Energy and Electric, Inc., and American Contractors Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America for the Use and Benefit of Wells Cargo, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Alpha Energy and Electric, Inc., a Missouri corporation; and American Contractors Indemnity Company, a California corporation.<br><br>Defendants.<br><br>AND OTHER RELATED CLAIMS. | CASE NO: 2:18-cv-01182-JCM-CWH<br><br>**ORDER** |

Pursuant to this Stipulation of the parties and good cause appearing,

IT IS ORDERED that Wells Cargo may have a seven (7) day extension to file its Reply in Support of its Countermotion for Summary Judgment.

DATED January 11, 2019.

_____
United States District Court Judge