KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America For the Use and Benefit of Wells Cargo, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Alpha Energy and Electric, Inc., a Missouri Corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. | Case No.: 2:18-cv-01182-JCM-DJA <br><br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Alpha Energy and Electric, Inc., a Missouri Corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> Northcon, Inc., an Idaho Corporation; Southwestern Construction, Inc., a Utah Corporation; DOES 1 through 10; and ROE Corporations 1 through 10, <br><br> Third Party Defendants. | |

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant, American Contractors Indemnity Company ("ACIC"), Plaintiff, United States of America for the Use and Benefit of Wells Cargo, Inc. ("Wells Cargo"), Defendant/Third-Party Plaintiff Alpha Energy and Electric, Inc. ("Alpha"), Third-Party Defendant Northcon, Inc. ("Northcon"), and Third-Party Defendant Southwestern Construction, Inc. ("Southwestern Construction"), by and through their respective undersigned counsel of record hereby stipulate, agree and request that the Court dismiss Wells Cargo's First Amended Complaint (ECF No. 41) with prejudice.  Each party will bear their own attorney fees and costs except that ACIC reserves any and all indemnity rights it may have as to any indemnitor at whose request the subject bond was issued.

| FENNEMORE CRAIG, P.C. | THE MEDRALA LAW FIRM, PLLC |
|---|---|
| /s/ Brandi M. Planet | /s/ Jakub Medrala |
| Brandi M. Planet, Esq. (#011710)<br>300 South Fourth Street, Suite 1400<br>Las Vegas, NV  89101<br>Telephone:  (702) 791-8203<br>Facsimile:  (702) 791-8240<br>Email:  bplanet@fclaw.com | Jakub Medrala, Esq.<br>1091 S. Cimarron Road, #A-1<br>Las Vegas, Nevada 89145<br>Telephone: (702) 475-8884<br>Facsimile: (702) 938-8625<br>*Attorneys for Alpha Energy and Electric, Inc* |
| John Randal Jefferies, Esq. (#3512)<br>2394 E. Camelback Road, Suite 600<br>Phoenix, AZ 85016<br>Telephone: (602) 916-5313<br>Email: rjefferies@fclaw.com<br>*Attorneys for United States of America for use and benefit of Wells Cargo, Inc.* | |

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No.:   2:18-cv-01182-JCM-DJA

| | |
|---|---|
| **PISKEL YAHNE KOVARIK, PLLC** | **STRONG & HANNI, P.C.** |
| /s/ Ryan D. Yahne | /s/ Michael D. Stanger |
| Ryan D. Yahne, Esq., Pro Hac Vice<br>Benjamin J. McDonnell, Pro Hac Vi<br>522 West Riverside Ave., Suite 70<br>Spokane, WA 9920<br>Telephone: (509) 321-593<br>Facsimile:  (509) 321-5935<br>Email:  ryan@pyklawyers.com<br>ben@pyklawyers.com | Michael D. Stanger, Esq. (#8272)<br>102 South 200 East, Suite 800<br>Salt Lake City, Utah 84111<br>Telephone: (801) 532-7080<br>Facsimile: (801) 596-150<br>Email: mstanger@strongandhanni.co |
| Brian W. Boschee, Esq. (#7612)<br>Donna DiMaggio, Esq. (#9794)<br>Holley Driggs Walch Fine<br>Wray Puzey & Thomp<br>400 S. Fourth Street, 3rd Floo<br>Las Vegas, NV 8910<br>Telephone: (702) 791-0308<br>Facsimile: (702) 791-1912<br>Email: bboschee@nevadafirm.com<br>            ddimaggio@nevadafirm.com<br>*Attorneys for Northcon* | Chet A. Glover, Esq. (#10054)<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 252-5002<br>Facsimile: (702) 252-5006<br>Email: cag@slwlaw.com<br>*Attorneys for Southwestern Construction, Inc.* |

**THE FAUX LAW GROUP**

/s/ Jordan F. Faux

KURT C. FAUX, ESQ.
WILLI H. SIEPMANN, ESQ.
JORDAN F. FAUX, ESQ.
2625 N. Green Valley Parkway, #100
Henderson, Nevada  89014
Telephone:  (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
            wsiepmann@fauxlaw.com
            jfaux@fauxlaw.com
*Attorneys for* American *Contractors Indemnity Company*

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No.: 2:18-cv-01182-JCM-DJA

GOOD CAUSE APPEARING THEREFORE, Wells Cargo's First Amended Complaint (ECF No. 41) is dismissed with prejudice. Each party will bear their own attorney fees and costs except that ACIC reserves any and all indemnity rights it may have as to any indemnitor at whose request the subject bond was issued.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 12, 2019