1  Ryan D. Yahne, Pro Hac Vice
2  Benjamin J. McDonnell, Pro Hac Vice
   Piskel Yahne Kovarik, PLLC
3  522 West Riverside Ave., Suite 700
   Spokane, WA 99201
4  Telephone: (509) 321-5930
   Facsimile: (509) 321-5935
5  Email: ryan@pyklawyers.com
          ben@pyklawyers.com
6
7  *Counsel for Northcon, Inc.*

8  Brian W. Boschee, Nevada Bar #7612
   Donna DiMaggio, Nevada Bar #9794
9  Holley Driggs Walch Fine
   Wray Puzey & Thompson
10 400 S. Fourth Street, 3rd Floor
   Las Vegas, Nevada 89101
11 Telephone: (702) 791-0308
   Facsimile: (702) 791-1912
12 Email: bboschee@nevadafirm.com
          ddimaggio@nevadafirm.com
13
14 *Local counsel for Northcon, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC.,<br><br>Plaintiff,<br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants.<br>_____<br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation,<br><br>Third-Party Plaintiff, | Civil Action No. 2:18-cv-01182-JCM-DJA<br><br>**STIPULATION AND ORDER GOVERNING DISCOVERY [FRE 502(d)]** |

- 1 –

| | |
|---|---|
| v. | |
| NORTHCON, INC., an Idaho Corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; and ROE corporations 1 through 10, | |
| Third-Party Defendants. | |
| AND ALL RELATED CASES. | |

Northcon, Inc. ("Northcon"), Alpha Energy and Electric, Inc. ("Alpha"), American Contractors Indemnity Company ("ACIC"), and Southwestern Construction, Inc. ("Southwestern") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. The production of privileged or work-product protected documents, electronically stored information, or information, whether inadvertently or otherwise, and whether pursuant to a parties' discovery request or informal production, should not be a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding, to the maximum extent allowed by Federal Rule of Evidence 502(d).

2. Nothing contained in this stipulation is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

3. When a producing party gives notice to receiving parties that certain documents, ESI, or information are subject to a claim of privilege or other protection, the obligations of the receiving parties are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B).

4. The Parties stipulate to entry of an order consistent with the foregoing.

SO STIPULATED.

| | |
|---|---|
| Dated this 9th day of December 2019. | Dated this 15th day of October 2019. |
| **PISKEL YAHNE KOVARIK, PLLC** | **STRONG & HANNI** |
| /s/ Benjamin J. McDonnell | /s/Approved for filing by Michael D. Stanger |
| Ryan D. Yahne, Esq., Pro Hac Vice | Michael D. Stanger, Esq. (#8272) |
| Benjamin J. McDonnell, Esq., Pro Hac Vice | 102 South 200 East, Suite 800 |
| 522 West Riverside Ave., Suite 700 | Salt Lake City, UT 84111 |
| Spokane, WA 99201 | Telephone: (801) 532-7080 |
| Telephone: (509) 321-5930 | Facsimile: (801) 596-1508 |
| Facsimile: (509) 321-5935 | Email: mstanger@strongandhanni.com |
| Email: ryan@pyklawyers.com | |
| ben@pyklawyers.com | SMITH LARSEN & WIXOM |
| | 1935 Village Center Circle |
| Brian W. Boschee, Esq. (#7612) | Las Vegas, NV 89134 |
| Donna DiMaggio, Esq. (#9794) | Telephone: (702) 252-5002 |
| HOLLEY, DRIGGS, WALCH, FINE, | Facsimile: (702) 252-5006 |
| WRAY, PUZEY & THOMPSON | Email: cag@slwlaw.com |
| 400 S. Fourth Street, 3rd Floor | |
| Las Vegas, NV 89101 | *Attorneys for Southwestern Construction* |
| Telephone: (702) 791-0308 | |
| Facsimile: (702) 791-1912 | |
| Email: bboschee@nevadafirm.com | |
| ddimaggio@nevadafirm.com | |
| | |
| *Attorneys for Northcon, Inc.* | |
| Dated this 15th day of October 2019. | Dated this 7th day of November 2019. |
| **THE MEDRALA LAW FIRM, PLLC** | **THE FAUX LAW GROUP** |
| /s/ Approved for filing by Jakub P. Medrala | /s/ Approved for filing by Jordan F. Faux |
| Jakub P. Medrala, Esq. (#12822) | Kurt C. Faux, Esq. (#003407) |
| 1091 S. Cimarron Road, #A-1 | Willi H. Siepmann, Esq. (#002478) |
| Las Vegas, NV 89145 | Jordan F. Faux, Esq. (#12205) |
| Telephone: (702) 475-8884 | 2625 N. Green Valley Parkway, #100 |
| Facsimile: (702) 938-8652 | Hendersen, NV 89014 |
| Email: jmedrala@medralaw.com | Telephone: (702) 458-5790 |
| | Facsimile: (702) 458-5794 |
| *Attorney for Alpha Energy and Electric, Inc.* | Email: kfaux@fauxlaw.com |
| | wsiepmann@fauxlaw.com |
| | jfaux@fauxlaw.com |
| | |
| | *Attorneys for ACIC* |

# ORDER

Pursuant to the stipulation of the parties, and as authorized by Federal Rule of Evidence 502(d), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The production of privileged or work-product protected documents, electronically stored information, or information, whether inadvertently or otherwise, and whether pursuant to a parties' discovery request or informal production, is not a a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding, to the maximum extent allowed by Federal Rule of Evidence 502(d).

2. Nothing contained in this order is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

3. When a producing party gives notice to receiving parties that certain documents, ESI, or information are subject to a claim of privilege or other protection, the obligations of the receiving parties are those set forth in Federal Rule of Civil Procedure 26(b)(5)(B).

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: December 12, 2019