KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America For the Use and Benefit of Wells Cargo, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Alpha Energy and Electric, Inc., a Missouri Corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. | Case No.: 2:18-cv-01182-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO NORTHCON, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: BREACH OF CONTRACT AND MILLER ACT CLAIMS [ECF NO. 138]** <br><br> **(FIRST REQUEST)** |
| Alpha Energy and Electric, Inc., a Missouri Corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> Northcon, Inc., an Idaho Corporation; Southwestern Construction, Inc., a Utah Corporation; DOES 1 through 10; and ROE Corporations 1 through 10, <br><br> Third Party Defendants. | |

1

Defendant, American Contractors Indemnity Company ("ACIC"), Defendant/Third-Party Plaintiff Alpha Energy and Electric, Inc. ("Alpha"), Third-Party Defendant Northcon, Inc. ("Northcon"), and Third-Party Defendant Southwestern Construction, Inc. ("Southwestern Construction"), by and through their respective counsel, hereby stipulate, agree and request that the Court extend the date to file a response to Northcon, Inc.'s Motion for Partial Summary Judgment re: Breach of Contract and Miller Act Claims [ECF No. 138] to April 24, 2020.

Northcon, Inc. shall have until May 22, 2020 to file its Reply.

This is the first request to extend the time for to file this responsive pleading. This Stipulation is made for good cause and not for the purposes of delay.  The reason for the request is the current situation with COVID-19 and the delays and adjustments all are experiencing due to school closures, working from home, and other related matters.  Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

SO AGREED.

| Dated this 25th day of March, 2020 | DATED this 25th day of March, 2020. |
|---|---|
| **PISKEL YAHNE KOVARIK, PLLC** | **THE FAUX LAW GROUP** |
| /s/ Benjamin J. McDonnell | /s/ Jordan F. Faux |
| Ryan D. Yahne, Esq., Pro Hac Vice | Kurt C. Faux, Esq. (#003407) |
| Nicholas D. Kovarik, Esq., Pro Hac Vice | Willi H. Siepmann, Esq. (#002478) |
| Benjamin J. McDonnell, Esq., Pro Hac Vice | Jordan F. Faux, Esq. (#12205) |
| 522 West Riverside Ave., Suite 700 | 2625 N. Green Valley Parkway, Suite 100 |
| Spokane, WA 99201 | Henderson, NV 89074 |
| Telephone: (509) 321-5930 | Telephone: (702) 458-5790 |
| Facsimile:  (509) 321-5935 | Facsimile: (702) 458-5794 |
| Email:  ryan@pyklawyers.com | Email: kfaux@fauxlaw.com |
| ben@pyklawyers.com | wsiepmann@fauxlaw.com |
| | jfaux@fauxlaw.com |
| Brian W. Boschee, Esq. (#7612) | |
| Donna DiMaggio, Esq. (#9794) | *Attorneys for American Contractors Indemnity Company* |
| Holley Driggs Walch Fine Wray Puzey & Thompson | |
| 400 S. Fourth Street, 3rd Floor | |
| Las Vegas, NV 89101 | |
| Telephone: (702) 791-0308 | |
| Facsimile: (702) 791-1912 | |
| Email: bboschee@nevadafirm.com | |
| ddimaggio@nevadafirm.com | |
| *Attorneys for Northcon, Inc.* | |

THE FAUX LAW GROUP
2625 N. GREEN VALLEY PARKWAY, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

| | |
|---|---|
| DATED this 25th day of March, 2020. | DATED this 25th day of March, 2020. |
| **STRONG & HANNI, P.C.** | **THE MEDRALA LAW FIRM, PLLC** |
| /s/ Michael D. Stanger<br>Michael D. Stanger, Esq. (#8272)<br>102 South 200 East, Suite 800<br>Salt Lake City, Utah 84111<br>Telephone: (801) 532-7080<br>Facsimile: (801) 596-1508<br>Email: mstanger@strongandhanni.com | /s/ Jakub Medrala<br>Jakub Medrala, Esq. (#12822)<br>1091 S. Cimarron Road, #A-1<br>Las Vegas, Nevada 89145<br>Telephone: (702) 475-8884<br>Facsimile: (702) 938-8625<br>*Attorneys for Alpha Energy and Electric, Inc.* |
| Christopher L. Benner, Esq. (#8963)<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 252-5002<br>Facsimile: (702) 252-5006<br>Email: clb@slwlaw.com | |
| *Attorneys for Southwestern Construction, Inc.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: March 30, 2020

3