Ryan D. Yahne, Pro Hac Vice
Nicholas D. Kovarik, Pro Hac Vice
Benjamin J. McDonnell, Pro Hac Vice
Piskel Yahne Kovarik, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935
Email: ryan@pyklawyers.com
       nick@pyklawyers.com
       ben@pyklawyers.com

*Counsel for Northcon, Inc.*

Brian W. Boschee, Nevada Bar #7612
Holley Driggs Walch Fine
Wray Puzey & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: bboschee@nevadafirm.com

*Local counsel for Northcon, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC., <br><br> Plaintiff, <br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. <br> ──────────────── <br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, <br><br> Third-Party Plaintiff, | Civil Action No. 2:18-cv-01182-JCM-DJA <br><br> **NOTICE OF CORRECTED DOCUMENT RE: STIPULATION AND ORDER RE: CONTINUANCE OF BENCH TRIAL** |

- 1 –

1  v.

2  NORTHCON, INC., an Idaho Corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; and ROE corporations 1 through 10,

   Third-Party Defendants.

AND ALL RELATED CASES.

In accordance with the minute order dated May 20, 2021 (ECF No. 167), Northcon, Inc. respectfully files this Notice of Corrected Document to include a corrected Stipulation and Order Re: Continuance of Bench Trial, which includes in the proposed Order a section with blank lines for new calendar call and trial dates. (Attached hereto as **Exhibit A**).

/s/ Nicholas D. Kovarik
RYAN D. YAHNE, Pro Hac Vice
NICHOLAS D. KOVARIK, Pro Hac Vice
BENJAMIN J. MCDONNELL, Pro Hac Vice
Piskel Yahne Kovarik, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935

BRIAN W. BOSCHEE, Nevada Bar #7612
Holley Driggs, Walch, Fine, Wray, Puzey & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912

*Counsel for Northcon, Inc.*

# Exhibit A

Ryan D. Yahne, Pro Hac Vice
Nicholas D. Kovarik, Pro Hac Vice
Benjamin J. McDonnell, Pro Hac Vice
Piskel Yahne Kovarik, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935
Email: ryan@pyklawyers.com
       nick@pyklawyers.com
       ben@pyklawyers.com

*Counsel for Northcon, Inc.*

Brian W. Boschee, Nevada Bar #7612
Holley Driggs Walch Fine
Wray Puzey & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: bboschee@nevadafirm.com

*Local counsel for Northcon, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC., <br><br> Plaintiff, <br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. <br> ──────────────── <br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, <br><br> Third-Party Plaintiff, | Civil Action No. 2:18-cv-01182-JCM-DJA <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF BENCH TRIAL** |

| | |
|---|---|
| v. | |
| NORTHCON, INC., an Idaho Corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; and ROE corporations 1 through 10, | |
| Third-Party Defendants. | |
| AND ALL RELATED CASES. | |

## STIPULATION

Alpha Energy and Electric, Inc. ("Alpha"), Northcon, Inc. ("Northcon"), American Contractors Indemnity Company ("ACIC"), and Southwestern Construction, Inc. ("Southwestern Construction") (collectively "Parties"), by and through their respective counsel, hereby stipulate, agree and request that the Court continue the trial in this matter for a future date, to be determined, that is mutually agreeable to the Court, counsel, and the Parties.

The Parties have submitted and the Court has entered a Joint Pretrial Order, pursuant to which the Court has set this matter for a bench trial on a stacked calendar on June 21, 2021, with calendar call to be held on June 16, 2021. (ECF No. 164 at 44). On May 12, 2021, the Court entered its Minute Order, directing counsel to "*confer immediately with their respective clients and each other about whether this case will be trial-ready for the trial stack and to take appropriate action,*" and to file any "*[s]tipulations to continue . . . before noon on Wednesday, May 26, 2021.*" (ECF No. 165). As ordered by the Court, counsel have conferred and, in doing so, the parties have stipulated and agreed to the continuance set forth herein.

This stipulation is made in good faith and is not intended to unduly delay the proceedings, and good cause exists for the continuance. The Parties' agreement is made in consideration of this Court's trial calendar, and the calendars of the Parties and their counsel,

within the context of the current global pandemic, and in furtherance of Federal Rule of Civil Procedure 1.

      **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 19th day of May 2021. | Dated this 18th day of May 2021. |
| **KRIGEL & KRIGEL** | **THE MEDRALA LAW FIRM PROF. LLC** |
| /s/ Paul K. Hentzen <br> Paul K. Hentzen, Pro Hac Vice <br> 4520 Main, Ste. 700 <br> Kansas City, MO 64111 <br> Phone: (816) 756-5800 <br> Fax: (816) 756-1999 <br> Email: phentzen@krigelandkrigel.com <br> *Counsel for Alpha Energy and Electric, Inc.* | /s/ Jakub P. Medrala <br> Jakub P. Medrala, Nev. Bar No. 12822 <br> 1091 S. Cimarron Road, Suite A-1 <br> Las Vegas, Nevada 89145 <br> Phone: (702) 475-8884 <br> Fax: (702) 938-8625 <br> Email: Jmedrala@medrala.com <br> *Counsel for Alpha Energy and Electric, Inc.* |
| Dated this 20th day of May 2021 | Dated this 19th day of May 2021 |
| **PISKEL YAHNE KOVARIK, PLLC** | **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** |
| /s/ Nicholas D. Kovarik <br> Nicholas D. Kovarik, Pro Hac Vice <br> Benjamin J. McDonnell, Pro Hac Vice <br> 522 W. Riverside Ave., Suite 700 <br> Spokane, WA 99201 <br> Phone: (509) 321-5930 <br> Fax: (509) 321-5935 <br> Email: nick@pyklawyers.com <br>       ben@pyklawyers.com <br> *Counsel for Northcon, Inc.* | /s/ Brian W. Boschee <br> Brian W. Boschee, Nev. Bar #7612 <br> 400 S. Fourth Street, 3rd Floor <br> Las Vegas, Nevada 89101 <br> Phone: (702) 791-0308 <br> Fax: (702) 791-1912 <br> Email: bboschee@nevadafirm.com <br> *Counsel for Northcon, Inc.* |
| Dated this 19th day of May 2021 | Dated this 18th day of May 2021 |
| **THE FAUX LAW GROUP** | **STRONG & HANNI, P.C.** |
| /s/ Jordan F. Faux <br> Jordan F. Faux, Nev. Bar # 12205 <br> 2625 N. Green Valley Parkway, #100 <br> Henderson, Nevada 89014 <br> Telephone: (702) 458-5790 <br> Fax: (702) 458-5794 <br> Email: jfaux@fauxlaw.com <br> *Counsel for American Contractors Indemnity Company* | /s/ Michael D. Stanger <br> Michael D. Stanger, Nev. Bar #8272 <br> 102 South 200 East, Ste. 800 <br> Salt Lake City, Utah 84111 <br> Phone: (801) 532-7080 <br> Fax: (801) 596-1508 <br> Email: mstanger@strongandhanni.com <br> *Counsel for Southwestern Construction, Inc.* |

Dated this 19th day of May 2021

**SMITH LARSEN & WIXOM**

_/s/ Kent Larsen_
Kent Larsen, Nev. Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax; (702) 252-5006
Email: kfl@slwlaw.com
_Counsel for Southwestern Construction, Inc._

## ORDER

This case is set for a Bench trial on the stacked calendar on March 14, 2022 at 9:00 AM.

Calendar call will be held on March 9, 2022 at 1:30 PM.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATE:** May 21, 2021

- 4 –