UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC., <br><br>Plaintiff(s), <br><br>v. <br><br>ALPHA ENERGY AND ELECTRIC, INC. et al., <br><br>Defendant(s). | Case No. 2:18-CV-1182 JCM (EJY) <br><br>ORDER |

Presently before the court is third-party plaintiff Alpha Energy and Electric, Inc.'s ("Alpha") motion to continue trial. (ECF No. 185). Defendant American Contractors Indemnity Company, third-party defendant Southwestern Construction, Inc., and third-party defendant Northcon, Inc. each responded without opposition to Alpha's request. (ECF Nos. 186, 187, 188).

Alpha moves to continue because of personal issues counsel is experiencing and to allow time for Alpha to move to clarify the court's order regarding Southwestern's motion in limine. (ECF No. 183). The court finds that Alpha has shown good cause for a continuance.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Alpha's motion to continue trial (ECF No. 185) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that calendar call be, and the same hereby is, RESCHEDULED to May 18, 2022, at 1:30 PM in courtroom 6A.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the trial be, and the same hereby is, RESCHEDULED
2  to May 23, 2022, at 9:00 AM in courtroom 6B.
3  DATED February 23, 2022.

_____
UNITED STATES DISTRICT JUDGE