Stephen J. Moore
Pro Hac Vice
Krigel & Krigel, P.C.
4520 Main, Ste 700
Kansas City, MO 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: sjmoore@krigelandkrigel.com

*Counsel for Alpha Energy and Electric, Inc.*

Jakub B. Medrala, Esq.
Nevada Bar NO. 12822
The Medrala Law Firm, PLLC
615 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 475-8884
Fax: (702) 938-8625
Email: jmedrala@medralaw.com

*Local Counsel for Alpha Energy and Electric, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br>　　　　　Defendants.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation,<br>　　　　　Third-Party Plaintiff,<br><br>v.<br><br>NORTHCON, INC., an Idaho corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; AND ROE corporations 1 through 10,<br>　　　　　Third Party Defendants. | Case No. 2:18-cv-01182-JCM-EJY<br><br>**UNOPPOSED MOTION TO WITHDRAW PAUL K. HENTZEN AS COUNSEL FOR ALPHA ENERGY AND ELECTRIC, INC.** |

1

Paul K. Hentzen is listed as counsel of record in this action for Alpha Energy and Electric, Inc. Mr. Hentzen retired from the practice of law effective March 24, 2022. Alpha accordingly requests that Mr. Hentzen be withdrawn as counsel in this case.

Alpha continues to be represented in this action by Stephen J. Moore with the law firm of Krigel & Krigel, P.C., who is admitted pro hac vice and took over primary responsibility for this case from Mr. Hentzen when he retired. Alpha also continues to be represented by local counsel Jakub Medrala of The Medrala Law Firm, PLLC. The client has been fully informed of the circumstances of Mr. Hentzen's retirement and agrees to his withdrawal from the case and the continued representation by its other counsel of record.

Counsel for the other parties have been consulted and indicate that the relief requested in this motion is not opposed.

WHEREFORE, Alpha Energy and Electric, Inc. respectfully requests that attorney Paul K. Hentzen be withdrawn as counsel of record for Alpha in this case.

**KRIGEL & KRIGEL, P.C.**

By: /s/ Stephen J. Moore
Stephen J. Moore   *pro hac vice*
Krigel & Krigel, P.C.
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: 816.756.5800
Facsimile: 816.756.1999
sjmoore@krigelandkrigel.com

Jakub B. Medrala   Nev. Bar #12822
The Medrala Law Firm, PLLC
615 South 6th Street
Las Vegas, Nevada 89101
Telephone: (702) 475-8884
Facsimile: (702) 938-8625
jmedrala@medralaw.com

*Counsel for Alpha Energy and Electric, Inc.*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: May 16, 2022