Stephen J. Moore
Pro Hac Vice
Krigel & Krigel, P.C.
4520 Main, Ste 700
Kansas City, MO 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: sjmoore@krigelandkrigel.com

*Counsel for Alpha Energy and Electric, Inc.*

Jakub B. Medrala, Esq.
Nevada Bar NO. 12822
The Medrala Law Firm, PLLC
615 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 475-8884
Fax: (702) 938-8625
Email: jmedrala@medralaw.com

*Local Counsel for Alpha Energy and Electric, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC.,<br>　　　　　Plaintiffs,<br>v.<br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br>　　　　　Defendants.<br><br>ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation,<br>　　　　　Third-Party Plaintiff,<br>v.<br>NORTHCON, INC., an Idaho corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; AND ROE corporations 1 through 10,<br>　　　　　Third Party Defendants. | Case No. 2:18-cv-01182-JCM-EJY<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF BENCH TRIAL** |

**STIPULATION**

Alpha Energy and Electric, Inc., American Contractors Indemnity Company, Northcon, Inc. and Southwestern Construction, Inc., by and through their respective counsel, hereby stipulate, agree and request that the Court continue the bench trial in this matter to the trial stack on **October 31, 2022**.

This matter was set for bench trial beginning May 23, 2022. After the parties filed several pretrial motions, the Court entered an order in the interest of judicial efficiency resetting the trial date to June 6, 2022, so that the parties could fully brief the pending motions. (Doc. #212.) The new trial date creates a conflict for Alpha's counsel, who already has a trial in another case set for June 6 in the United States District Court for the District of Kansas. Given this scheduling conflict, counsel for the parties have conferred and agree that it is necessary to request a further continuance of the June 6 trial setting. Counsel have discussed their respective litigation schedules over the next few months and have determined they have mutual availability for trial starting on October 31, 2022.

This stipulation for continuance of trial is made in good faith and is not intended to delay or hinder the proceedings. Good cause exists for the continuance in light of the scheduling conflict for Alpha's counsel, which cannot be avoided and could not have been foreseen until the trial date in this matter was recently moved from May 23 to June 6. The parties' agreement is made in consideration of the Court's trial calendar and in furtherance of the resolution of this case in accordance with Federal Rule of Civil Procedure 1.

**IT IS SO STIPULATED.**

Respectfully submitted this 16th day of May, 2022.

**KRIGEL & KRIGEL, P.C.**

By:  /s/ Stephen J. Moore
    Stephen J. Moore      *pro hac vice*
    4520 Main Street, Suite 700
    Kansas City, Missouri 64111
    Telephone:  816.756.5800
    Facsimile:   816.756.1999
    sjmoore@krigelandkrigel.com

    Jakub B. Medrala   Nev. Bar #12822
    The Medrala Law Firm, PLLC
    615 South 6th Street
    Las Vegas, Nevada 89101
    Telephone:  702.475.8884
    Facsimile:   702.938.8625
    jmedrala@medralaw.com

*Counsel for Alpha Energy and Electric, Inc.*

**THE FAUX LAW GROUP**

By:  /s/ Jordan F. Faux
    Jordan F. Faux      Nev. Bar #12205
    2625 N. Green Valley Pkwy, Suite 100
    Henderson, Nevada 89014
    Telephone:  702.458.5790
    Facsimile:   702.458.5794
    jfaux@fauxlaw.com

*Counsel for American Contractors Indemnity Company*

**PISKEL YAHNE KOVARIK, PLLC**

By:  /s/ Nicholas D. Kovarik
    Nicholas D. Kovarik      *pro hac vice*
    Benjamin J. McDonnell   *pro hac vice*
    522 W. Riverside Avenue, Suite 700
    Spokane, Washington 99201
    Telephone:  509.321.5930
    Facsimile:   509.321.5935
    nick@pyklawyers.com
    ben@pyklawyers.com

    Brian W. Boschee   Nev. Bar #7612
    Holley Driggs Walch Fine Wray
      Puzey & Thompson
    400 South Fourth Street, 3rd Floor
    Las Vegas, Nevada 89101
    Telephone:  702.791.0308
    Facsimile:   702. 791.1912
    bboschee@nevadafirm.com

*Counsel for Northcon, Inc.*

**STRONG & HANNI, P.C.**

By:  /s/ Michael D. Stanger
    Michael D. Stanger   Nev. Bar #8272
    102 South 200 East, Suite 800
    Salt Lake City, Utah 84111
    Telephone:  801.532.7080
    Facsimile:   801.596.1508
    mstanger@strongandhanni.com

    Kent F. Larsen      Nev. Bar #3463
    Smith Larsen & Wixom
    1935 Village Center Circle
    Las Vegas, Nevada 89134
    Telephone:  702.252.5002
    Facsimile:   702.252.5006
    kfl@slwlaw.com

*Counsel for Southwestern Construction, Inc.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 16, 2022, I served a true and correct copy of the foregoing document via the ECF filing system upon the following:

Michael D. Stanger, Esq.
STRONG & HANNI PC
102 South 200 East, Suite 800
Salt Lake City, UT 84111
mstanger@strongandhanni.com
*Counsel for Southwestern Construction*

Kent F. Larsen
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, NV 89134
kfl@slwlaw.com
*Local counsel for Southwestern Construction*

Ryan D. Yahne, Esq.
Nicholas D. Kovarik, Esq.
Benjamin McDonnell, Esq.
PISKEL YAHNE KOVARIK, PLLC
522 Wet Riverside Ave., Suite 700
Spokane, WA 99201
Email: ryan@pyklawyers.com
Email: nick@pyklawyers.com
Email: ben@pyklawyers.com
*Counsel for Northcon, Inc.*

Brian W. Boschee, Nevada Bar #7612
HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: bboschee@nevadafirm.com
*Local counsel for Northcon, Inc.*

Kurt C. Faux, Esq.
Jordan F. Faux, Esq.
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, NV 89014
Email: kfaux@fauxlaw.com
Email: jfaux@fauxlaw.com
*Counsel for American Contractors Indemnity Company*

                                           /s/ Stephen J. Moore
                                           Attorney for Defendant
                                           Alpha Energy and Electric, Inc.

**ORDER**

The Court accepts the parties' Stipulation for continuance of trial. This case is re-set for a bench trial on the stacked calendar on **October 31, 2022**, at **9:00 a.m.** in Courtroom 6A. The parties shall appear for a calendar call on **October 26, 2022**, at **1:30 p.m.**

Dated May 16, 2022.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE