Michael D. Stanger
Nevada Bar No. 8272
STRONG & HANNI, P.C.
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
Email: mstanger@strongandhanni.com

Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com

*Attorneys for Third Party Defendant*
*Southwestern Construction, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WELLS CARGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, and American Contractors Indemnity Company, a California corporation, <br><br> Defendants. | CASE NO: 2:18-cv-01182-JCM-CWH <br><br> **STIPULATION TO EXTEND TIME FOR REPLY MEMORANDUM IN SUPPORT OF SOUTHWESTERN'S MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NORTHCON, INC., an Idaho Corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah Corporation; DOES 1 through 10; and ROE Corporations 1 through 10, <br><br> Third-Party Defendants. | |

1

Plaintiffs and Defendants, by and through their respective council of record and pursuant to LR IA 6-1, hereby stipulate that Southwestern Construction, Inc. ("Southwestern") shall have an extension to and including June 7, 2022, given the current due date of May 31, 2022, to file its Reply Memorandum in Support of Southwestern's Motion for Summary Judgment. In support of this stipulation, the parties state as follows:

1. Southwestern's Reply Memorandum is currently due on May 31, 2022.
2. Southwestern seeks an extension of time to and including June 7, 2022, to serve its Reply Memorandum.
3. This is the first stipulation for extension of time to file any reply memoranda.
4. This extension is requested to accommodate the litigation schedule of Mr. Stanger, Southwestern's lead counsel, as well as some Covid issues with Mr. Stanger's staff and co-workers, and time spent assisting Mr. Stanger's wife who had surgery.
5. The parties agree that Southwestern's Reply Memorandum shall be due on or before June 7, 2022.
6. The parties move the Court to enter an Order consistent with this stipulation.

DATED this 31st day of May, 2022.   */s/ Michael D. Stanger*
Michael D. Stanger
Kent F. Larsen, Esq.
*Attorneys for Third-Party Defendant Southwestern Construction, Inc.*

DATED this 31st day of May, 2022.   */s/ Stephen J. Moore*
(Signed by Michael D. Stanger with permission of Stephen J. Moore)
Stephen J. Moore
Paul K. Hentzen, Esq.
Jakub P. Medrala, Esq.
*Attorneys for Defendant/Third-Party Plaintiff Alpha Energy and Electric, Inc.*

DATED this 31st day of May, 2022.   */s/ Benjamin J. McDonnell*
(Signed by Michael D. Stanger with

2

|   |   |
|---|---|
|   | permission of Benjamin J. McDonnell)<br>Benjamin J. McDonnell<br>Ryan D. Yahne<br>Donna DiMaggio<br>Brian W Boschee<br>*Attorneys for Third-Party Defendant Northcon, Inc.* |
| DATED this 31st day of May, 2022. | */s/ Jordan F. Faux*<br>(Signed by Michael D. Stanger with permission of Kurt C. Faux)<br>Kurt C. Faux, Esq.<br>Willi H. Siepmann, Esq.<br>Jordan F. Faux, Esq.<br>*Attorneys for American Contractors Indemnity Company* |

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED:  May 31, 2022

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2022, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME FOR REPLY MEMORANDUM IN SUPPORT OF SOUTHWESTERN'S MOTION FOR SUMMARY JUDGMENT** was electronically via ECF notification upon all counsel of record.

*/s/ Michael D. Stanger*

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

4