AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Alpha Energy and Electric, Inc,

           Third-Party Plaintiff,

  v.

Southwestern Construction, et al.,

           Third-Party Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01182-JCM-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Third-Party Defendants, Southwestern Construction and Northcon, Inc., on all claims brought against them by Third-Party Plaintiff, Alpha Energy and Electric, Inc.

 

October 7, 2022                                             DEBRA K. KEMPI
Date                                                                 Clerk



                                                                                                    /s/ T. Roush-Wallace
                                                                                                    Deputy Clerk