Ryan D. Yahne, Pro Hac Vice
Nicholas D. Kovarik, Pro Hac Vice
Benjamin J. McDonnell, Pro Hac Vice
Piskel Yahne Kovarik, PLLC
522 West Riverside Ave., Suite 700
Spokane, WA 99201
Telephone: (509) 321-5930
Facsimile: (509) 321-5935
Email: ryan@pyklawyers.com
         nick@pyklawyers.com
         ben@pyklawyers.com

*Counsel for Northcon, Inc.*

Brian W. Boschee, Nevada Bar #7612
Holley Driggs Walch Fine
Wray Puzey & Thompson
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email:  bboschee@nevadafirm.com

*Local counsel for Northcon, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC., <br><br> Plaintiff, <br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. <br> _____ <br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, <br><br> Third-Party Plaintiff, | Civil Action No. 2:18-cv-01182-JCM-EJY <br><br> **STIPULATION AND ORDER RE: TRIAL DEADLINES** |

|   |   |
|---|---|
| 1 | v. |
| 2 | NORTHCON, INC., an Idaho Corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; and ROE corporations 1 through 10, |
| 3 | |
| 4 | |
| 5 | Third-Party Defendants. |
| 6 | AND ALL RELATED CASES. |

## STIPULATION

Alpha Energy and Electric, Inc. ("Alpha"), Northcon, Inc. ("Northcon"), American Contractors Indemnity Company ("ACIC"), and Southwestern Construction, Inc. ("Southwestern Construction") (collectively "Parties"), by and through their respective counsel, hereby stipulate, agree and request as follows:

1. Southwestern Construction has settled its claims with Northcon. As a result of this settlement, Northcon will prosecute the affirmative claims of Southwestern Construction against Alpha and ACIC at trial as the assignee on those claims.

2. Due to the Court's Order ECF No. 231, the Parties agree that counsel for Southwestern Construction is no longer required for this matter to move forward on all remaining claims and defenses and that Southwestern Construction's counsel of record be excused from further participation.

3. As a result, Northcon is the only party with affirmative claims and will act as Plaintiff, as it carries the burden of proof. Northcon will begin its exhibit numbers at one; Alpha will begin its exhibit numbers at 500; and ACIC will begin its exhibit numbers at 700.

/ / /

/ / /

4.  The parties agree that all deadlines outlined in the calendar call Order (ECF No. 222) will be due October 26, 2022 and hereby agree to attend the calendar call on October 26, 2022, if the Court would be so inclined to vacate the October 14, 2022 status conference.

**IT IS SO STIPULATED.**

Dated this 13th day of October 2022.

**KRIGEL & KRIGEL**

/s/ Stephen J. Moore
Stephen J. Moore, Pro Hac Vice
4520 Main, Ste. 700
Kansas City, MO 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: sjmoore@krigelandkrigel.com
*Counsel for Alpha Energy and Electric, Inc.*

Dated this 13th day of October 2022.

**STRONG & HANNI, P.C.**

/s/ Michael D. Stanger
Michael D. Stanger, Nev. Bar #8272
102 South 200 East, Ste. 800
Salt Lake City, Utah 84111
Phone: (801) 532-7080
Fax: (801) 596-1508
Email: mstanger@strongandhanni.com
*Counsel for Southwestern Construction, Inc.*

Dated this 13th day of October 2022.

**PISKEL YAHNE KOVARIK, PLLC**

/s/ Nicholas D. Kovarik
Nicholas D. Kovarik, Pro Hac Vice
Benjamin J. McDonnell, Pro Hac Vice
522 W. Riverside Ave., Suite 700
Spokane, WA 99201
Phone: (509) 321-5930
Fax: (509) 321-5935
Email: nick@pyklawyers.com
          ben@pyklawyers.com
*Counsel for Northcon, Inc.*

Dated this 13th day of October 2022.

**THE FAUX LAW GROUP**

/s/
Jordan F. Faux, Nev. Bar # 12205
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Fax: (702) 458-5794
Email: jfaux@fauxlaw.com
*Counsel for American Contractors Indemnity Company*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATE:** October 13, 2022