# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC.,

    Plaintiff,

v.

ALPHA ENERGY AND ELECTRIC, INC., et al.,

    Defendants.

Case No. 2:18-cv-01182-JCM-EJY

## JUDGMENT IN A CIVIL CASE

This action was tried by the Court without a jury and the following decision has been reached: On Counts I-V of Northcon, Inc.'s claims against Alpha Energy and Electric, Inc. ("Alpha") and American Contractors Indemnity Company ("ACIC"), the Court finds for Alpha and ACIC; on Counts I-IV of the claims Northcon asserts on assignment from Southwestern Construction, Inc. against Alpha and ACIC, the Court finds for Alpha and ACIC; the Court also finds that Alpha and ACIC are the prevailing parties in this case and should be awarded their attorneys' fees/expenses in an amount to be determined upon motions as directed in the Court's Order (Doc. #264).

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
U.S. DISTRICT JUDGE