Stephen J. Moore
Pro Hac Vice
Krigel & Krigel, P.C.
4520 Main, Ste 700
Kansas City, MO 64111
Phone: (816) 756-5800
Fax: (816) 756-1999
Email: sjmoore@krigelandkrigel.com

*Counsel for Alpha Energy and Electric, Inc.*

Jakub B. Medrala, Esq.
Nevada Bar NO. 12822
The Medrala Law Firm, PLLC
615 South 6th Street
Las Vegas, Nevada 89101
Phone: (702) 475-8884
Fax: (702) 938-8625
Email: jmedrala@medralaw.com

*Local Counsel for Alpha Energy and Electric, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WELLS CARGO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri corporation, and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. <br><br> ALPHA ENERGY AND ELECTRIC, INC., a Missouri Corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NORTHCON, INC., an Idaho corporation; SOUTHWESTERN CONSTRUCTION, INC., a Utah corporation; DOES 1 through 10; AND ROE corporations 1 through 10, <br><br> Third Party Defendants. | Case No. 2:18-cv-01182-JCM-EJY <br><br> **STIPULATION TO EXTEND TIME FOR SOUTHWESTERN CONSTRUCTION, INC. TO RESPOND TO MOTIONS FOR ATTORNEYS' FEES AND FOR ALPHA AND ACIC TO FILE REPLY BRIEFS ON THOSE MOTIONS** <br><br> **(First Request)** |

On November 4, 2022, the Court entered its Order following the bench trial, which holds that Alpha Energy and Electric, Inc. ("Alpha") and American Contractors Indemnity Company ("ACIC") are prevailing parties entitled to attorneys' fees and directs the following briefing schedule on the motions for attorneys' fees: ". . . Alpha and ACIC shall file motions for attorneys' fees no later than 14 days from the date of this order. Northcon will then have seven days to respond, and Alpha and ACIC will have seven days to file a reply." (Doc. No. 264 at 19.) Alpha and ACIC filed their motions for attorneys' fees on November 18, 2020 (Doc. Nos. 266, 268), and Northcon filed its response on November 25, 2022 (Doc. No. 271).

The parties disagree whether Southwestern Construction, Inc. ("Southwestern") is implicated in the issue of attorneys' fees.[1] In an abundance of caution, Southwestern plans to file a response to the motions for attorneys' fees, and because the deadline for *Southwestern's* response is not expressly stated in the Court's Order (Doc. No. 264 at 19), Southwestern has taken the position that its response is due by the normal 14-day deadline for motion responses under LR 7-2(b)—i.e., December 2, 2022.

Counsel for Southwestern needs more time to adequately respond to the motions as a result of his travel schedule, the Thanksgiving holiday, and litigation deadlines in other cases. Pursuant to LR IA 6-1, the parties hereby stipulate that the deadline for Southwestern to respond to the motions for attorneys' fees filed by Alpha (Doc. No. 266) and ACIC (Doc. 268) may be extended to December 7, 2022.[2] For sake of fairness and judicial efficiency, the parties further stipulate that the deadline for Alpha and ACIC to file reply briefs to both Northcon's already

---

[1] Before trial, the parties' submitted a stipulation confirming Southwestern was no longer involved in the case because its affirmative claims were assigned to Northcon (Doc. No. 237). And the Court's Order following trial speaks only of Alpha, ACIC and Northcon with respect to the issue of attorneys' fees (Doc. No. 264 at 19). Based on these documents, Alpha and ACIC believe that Southwestern no longer has any interest or right in opposing the motions for attorneys' fees.

[2] This stipulation regarding scheduling deadlines is not a substantive concession on any issue. Alpha and ACIC reserve the right to challenge Southwestern's ability to oppose the motions for attorneys' fees.

filed response (Doc. No. 271) and Southwestern's forthcoming response may be extended to December 14, 2022.[3] This will allow both Alpha and ACIC to file respective consolidated replies addressing all arguments raised by Northcon and Southwestern on the issue of attorneys' fees.

This is the parties' first request to extend these deadlines.

DATED this 2nd day of December, 2022.

/s/ Michael D. Stanger
Michael D. Stanger
STRONG & HANNI, P.C.
102 South 200 East, Suite 800
Salt Lake City, Utah 84111

Kent Larsen, Esq.
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Southwestern Construction, Inc.*

/s/Stephen J. Moore
Stephen J. Moore
KRIGEL & KRIGEL, P.C.
4520 Main, Suite 700
Kansas City, MO 64111
phentzen@krigelandkrigel.com

Jakub P. Medrala, Esq.
THE MEDRALA LAW FIRM, PROF. LLC
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145
jmedrala@medralaw.com

*Attorneys for Alpha Energy and Electric, Inc.*

---

[3] If the Court rejects this stipulation or otherwise finds that a response from Southwestern on the motions for attorneys' fees is not required, Northcon agrees not to oppose motions by Alpha and ACIC for leave to file their reply briefs on the motions for attorneys' fees within two (2) days of the Court's order to that effect.

3

| | |
|---|---|
| 1 | */s/Nicholas D. Kovarik*<br>Nicholas D. Kovarik |
| 2 | Benjamin J. McDonnell<br>Ryan D. Yahne |
| 3 | PISKEL YAHNE KOVARIK, PLLC<br>522 W. Riverside Ave., Suite 700 |
| 4 | Spokane, WA 99201<br>ben@pyklawyers.com |
| 5 | ryan@pyklawyers.com |
| 6 | |
| 7 | Donna DiMaggio<br>Brian W Boschee |
| 8 | Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S Fourth St., 3rd Fl. |
| 9 | Las Vegas, NV 89101<br>ddimaggio@nevadafirm.com |
| 10 | bboschee@nevadafirm.com |
| 11 | *Attorneys for Northcon, Inc* |
| 12 | |
| 13 | */s/ Jordan F. Faux*<br>Kurt C. Faux, Esq. |
| 14 | Willi H. Siepmann, Esq.<br>Jordan F. Faux, Esq. |
| 15 | THE FAUX LAW GROUP<br>2625 N. Green Valley Parkway, #100 |
| 16 | Henderson, Nevada 89014<br>kfaux@fauxlaw.com |
| 17 | wsiepmann@fauxlaw.com |
| 18 | jfaux@fauxlaw.com<br>*Attorneys for American Contractors Indemnity Company* |
| 19 | |
| 20 | **ORDER** |
| 21 | |
| 22 | IT IS SO ORDERED. |
| 23 | |
| 24 | Dated December 5, 2022. |
| 25 | |
| 26 | _____ |
| 27 | HON. JAMES C. MAHAN<br>UNITED STATES DISTRICT JUDGE |
| 28 | |

4

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 2, 2022, I served a true and correct copy of the foregoing document via the ECF filing system upon the following:

Michael D. Stanger, Esq.
STRONG & HANNI PC
102 South 200 East, Suite 800
Salt Lake City, UT 84111
mstanger@strongandhanni.com
*Counsel for Southwestern Construction*

Kent F. Larsen
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, NV 89134
kfl@slwlaw.com
*Local counsel for Southwestern Construction*

Ryan D. Yahne, Esq.
Nicholas D. Kovarik, Esq.
Benjamin McDonnell, Esq.
PISKEL YAHNE KOVARIK, PLLC
522 Wet Riverside Ave., Suite 700
Spokane, WA 99201
Email: ryan@pyklawyers.com
Email: nick@pyklawyers.com
Email: ben@pyklawyers.com
*Counsel for Northcon, Inc.*

Brian W. Boschee, Nevada Bar #7612
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
400 S. Fourth Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
Email: bboschee@nevadafirm.com
*Local counsel for Northcon, Inc.*

Kurt C. Faux, Esq.
Jordan F. Faux, Esq.
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, NV 89014
Email: kfaux@fauxlaw.com
Email: jfaux@fauxlaw.com
*Counsel for American Contractors Indemnity Company*

                          _/s/ Stephen J. Moore_
                          Attorney for Alpha Energy and Electric, Inc.