AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America for use and benefit of Wells Cargo, Inc., <br>          Plaintiff, <br>     v. <br> Alpha Energy and Electric, Inc., <br>          Defendant. | JUDGMENT For ATTORNEY FEES IN A CIVIL CASE <br><br> Case Number: 2:18-cv-01182-JCM-EJY |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered against Plaintiff United States of America for use and benefit of Wells Cargo, Inc., and for Defendant Alpha Energy and Electric, Inc. $192,995.57 in costs and fees.

| | |
|---|---|
| March 20, 2023 <br> Date | DEBRA K. KEMPI <br> Clerk <br><br> /s/ T. Wallace <br> Deputy Clerk |