AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America for use and
benefit of Wells Cargo, Inc.,

                  Plaintiff,

v.

Alpha Energy and Electric, Inc.,


               Defendant.

**AMENDED**
JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-01182-JCM-EJY

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered against Counterclaim Plaintiff Northcon, Inc., and in favor of Counterclaim Defendant Alpha Energy and Electric, Inc., for $192,995.57 in costs and fees.


4/24/2023
_____
Date

   DEBRA K. KEMPI
_____
Clerk


   /s/ J. Callo
_____
Deputy Clerk